1  GARY E. MOSS, ESQ. State Bar No. 43002
   MARY PATRICIA HOUGH, ESQ. State Bar No. 104542
2  LAW OFFICES OF MOSS & HOUGH
   601 Van Ness Avenue, Suite 2030
3  San Francisco, CA  94102
   Telephone:  (415) 399-1110
4  Facsimile:   (415) 399-1552

5  Attorneys for Plaintiff
   NAPOLEON WALLACE
6

7  JOSEPH SCHWACHTER, ESQ. State Bar No. 108124
   LITTLER MENDELSON
8  650 California Street, 20th Floor
   San Francisco, CA  94108-2693
9  Telephone:  (415) 433-1940
   Facsimile:   (415) 399-8490
10
   Attorneys for Defendant
11 HFS NORTH AMERICA, LLC

12

13                    UNITED STATES DISTRICT COURT

14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

16

| | |
|---|---|
| 17  NAPOLEON WALLACE | CASE NO. C 09-2998 SBA |
| 18       Plaintiff, | **STIPULATION OF DISMISSAL** |
| 19       v. | **Related Case:** |
| 20  | Case No.  C 08-5078 SBA |
| 21  HFS NORTH AMERICA, LLC, and DOES 1 through 100, inclusive, | |
| 22       Defendants. | Complaint Filed:  May 29, 2009<br>Trial Date:          None Set |

1

1 | IT IS HEREBY STIPULATED by and between the parties to this action through their
2 | designated counsel that the above-captioned action be and hereby is dismissed with
3 | prejudice pursuant to FRCP 41(a)(1).

Dated: November 4, 2009

MOSS & HOUGH

MARY PATRICIA HOUGH
Attorneys for Plaintiff
NAPOLEON WALLACE

Dated: November 4, 2009

LITTLER MENDELSON

JOSEPH SCHWACHTER
Attorneys for Defendant
HFS NORTH AMERICA, LLC

2

## ORDER

Upon proof being made to the satisfaction of the Court, and good cause appearing therefore,

IT IS ORDERED that the above-captioned action is dismissed with prejudice.

Dated: 11/6/09

_____
HONORABLE SAUNDRA B. ARMSTRONG
JUDGE OF THE DISTRICT COURT

WALLACE: STIPULATION OF DISMISSAL
CASE NO. C 09-2998 SBA